THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOHN GARGUILA, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued June 4, 1926; decided July 9, 1926.)

APPEAL from a judgment of the Court of General Sessions of the Peace in the county of New York, rendered December 10, 1925, upon a verdict convicting defendant of the crime of murder in the first degree.

*Abraham Wilson* and *Edward M. Bernstein* for appellant.

*Joab H. Banton,* District Attorney (*Robert C. Taylor* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.